# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. _____

(To be supplied by the court)

Timothy Sean Scheetz , Plaintiff

v.

United States ,

Federal Bureau of Prisons .

_____ ,

_____ , Defendant(s).

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**MAY 15 2025**

JEFFREY P. COLWELL
CLERK
_____

Jury Trial requested:
(please check one)
✓ Yes ___ No

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

---

## PRISONER COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A.   PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Timothy Sean Scheett 96938-071, PO Box 8500 Florence, CO 81226

(Name, prisoner identification number, and complete mailing address)

N/A

(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

____ Pretrial detainee
____ Civilly committed detainee
____ Immigration detainee
____ Convicted and sentenced state prisoner
__✓__ Convicted and sentenced federal prisoner
____ Other: (*Please explain*) _____


## B.   DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:   Solicitor General of the U.S. , Room 5614,

(Name, job title, and complete mailing address)

Dept of Justice, 950 Penn Ave NW Was DC 20530

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _✓_ Yes ___ No (*check one*). Briefly explain:

The Government is liable under the FTCA

for it's employees acting under Federal Law

Defendant 1 is being sued in his/her _✓_ individual and/or ___ official capacity.

Defendant 2: FEDERAL BUREAU OF PRISONS
(Name, job title, and complete mailing address)

PO BOX 8500, FLORENCE CO 81226

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:

THE FEDERAL BUREAU OF PRISONS IS
RESPONSIBLE FOR IT'S OWN policies.

Defendant 2 is being sued in his/her ___ individual and/or ✓ official capacity.

Defendant 3: _____
(Name, job title, and complete mailing address)

_____

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (*check one*). Briefly explain:

_____

_____

Defendant 3 is being sued in his/her ___ individual and/or ___ official capacity.

## C.    JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

____    State/Local Official (42 U.S.C. § 1983)

____    Federal Official

As to the federal official, are you seeking:

____ Money damages pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971)

____ Declaratory/Injunctive relief pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1361, or 28 U.S.C. § 2201

✓    Other: (*please identify*) FEDERAL TORT CLAIM ACT 28 USC 2671,
28 USC 1331 ⁊ 1346 (b), AS ALL ACTS OCCURED
WITHIN COLORADO VENUE IS PROPER IN
THIS DISTRICT - 28 USC 1391 (b),
DECLATORY Relief UNDER
28 USC 2201, 2202

3

**D.    STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: <u>FEDERAL TORT CLAIM ACT VIOLATION 28 USC 2671</u>

Supporting facts:

1) THE DEFENDANT <u>UNITED STATES</u> IS VICARIOUSLY liable FOR THE ACTS AND OMISSIONS OF BOP EMPLOYEES THAT WERE COMMITED WITHIN THE COURSE AND SCOPE OF THEIR EMPLOYMENT.

2) All NAMED EMPLOYEES WERE ACTING WITHIN THE SCOPE OF THEIR EMPLOYMENT, IN THEIR ACTIONS AND INACTIONS, AT All RELEVANT TIMES CONCERNING THIS COMPLAINT.

3) SCHEETZ HAS SATISFIED THE ADMINISTRATIVE PREREQUISITES TO BRING THIS ACTION UNDER 28 USC 2675 AND 28 USC 2401(b). PLAINTIFF PRESENTED HIS CLAIM TO THE DEPARTMENT OF JUSTICE, FBOP, AND WAS DENIED IN WRITING BY REGIONAL COUNSEL ON DEC 19, 2024; TRT-NCR-2024-07660 (SEE EXHIBIT A).

4

D. STATEMENT OF CLAIM(s)

CLAIM ONE (CONT):

4) While incarcerated at the ADX, Scheetz has suffered a serious medical issue, and has placed numerous requests via the Sick Call procedures to have this issue addressed. These Sick Call requests were ignored and the medical issue remains unaddressed in a fashion that accords with the program statement or law.

5) During the relevant time period, Wardens Ciolli and True, as well as HSAs Fellows, Hall, Heiner, Keller, and Salcedo, had and still have a legal duty to prevent an unreasonable risk of harm to the plaintiff. These employees of the Defendant United States all willingly failed in their legal duty, knowing that their failure to supervise would cause Scheetz harm.

6) The above mentioned Wardens and Health Service Administrators are responsible for supervising the doctors and PAs at the ADX.

7) Dr. Oba, PAs Seroski, Maltezo, and McClinton, have not and will not conduct any form of Sick Call. When Plaintiff submits a Sick Call request, he is either not seen or waiting months for a response.

4-2

D. STATEMENT OF CLAIM(s)

CLAIM ONE (CONT):

8) Scheetz has explained this to the above mentioned Wardens and HSAs and has been told by all that they are unable to comply with policy due to "staff shortages".

9) The PAs Seroski and Maltezo are responsible for conducting Sick Call, but claim they cannot due to the complex nature of the inmates housed at the ADX. The Federal Bureau of Prisons has a Legal Duty to provide for the safekeeping and care of federal prisoners (see 18 USC 4042(a)(2)).

10) Due to the fact that there is a discretion-constraining regulation or policy, the actions of the defendant United States are outside the scope of the discretionary function exception (see FCC 6031.01(3)(F) Complex Supplement "Triage/access to care" at 5 "overview": "The Health Services Administrator is responsible for assuring that access to health care is provided on an emergent and routine basis.")

11) FCC 6031.01(3)(F) Complex Supp at (2)(e) states: "All inmates complaints will be triaged and normally scheduled for an appointment within TWO WEEKS." Part C is clear that "appointment" at (2), means "inmates will be seen by either a mid-level provider or a physician.

4-3

D. STATEMENT OF CLAIM(s)

## CLAIM ONE (CONT):

12) This failure to supervise has caused Scheetz to suffer chronic and numbing pain in his lower back and left leg. Most significantly, his mobility is becoming increasingly impaired; that is, he is losing his ability to walk. Further, Scheetz was infected twice with Covid-19, and as a consequence, suffers from "Long Covid".

13) Scheetz filed Sick Call forms under ADX policy, filed through the Administrative Remedy process, and spoke to the Wardens and HSAs. All acknowledged the shortcomings in the Sick Call procedures at the ADX, yet each had an excuse as to why they could not conduct Sick Call, such as: "staff shortages", "hunger strikes", "350 inmates and 1 PA", and "cell extractions". These excuses were made knowing the harm not conducting Sick Call would cause, knowing that the Staff they were responsible to supervise were not conducting Sick Call — and yet they failed to act.

4-A

D. STATEMENT OF CLAIM(s)

   CLAIM TWO: 8ᵗʰ Amendment Violation

14 ) The Defendant Federal Bureau of Prisons is showing deliberate indifference to Scheetz's medical issues in violation of his right to protection from cruel and unusual punishment under the 8ᵗʰ Amendment of the Constitution.

15 ) Dr. Oba, the PAs, and all of the HSAs, claim they are unable to provide Scheetz with Sick Call due to "staff shortages", "dealing with hunger strikes or cell extractions", or "there's only one PA and 350 elderly inmates at the ADX."

16 ) Scheetz has a serious and well documented issue concerning lumbar disk pressure on his sciatic nerve. In addition to suffering from sciatica and chronic pain in his lower back, this condition causes pain and numbness to extend down his left leg, triggering the condition know as "clonus". This not only severely impairs his mobility, but is increasingly causing him to lose his ability to walk. So much so that, at only age 55, Scheetz was recommended, by Dr. Oba, to be a given a cane, but this recommendation was quickly denied.

A-5

D. STATEMENT OF CLAIM (s)

## CLAIM TWO (CONT) :

17) Scheetz routinely turns in Sick Call requests to have his medical issues addressed, and for the most part is completely ignored. His Sick Call requests comply with written policy, yet when he turns them in to medical staff, he is neither seen or given a response.

18) Plaintiff has spoken to the wardens Ciolli and True, and all of the HSAs, Fellows, Hall, Heinor and Salcedo. All admit that they are aware of the breakdown in Sick Call policy and procedures, and that this breakdown is responsible for the denial of medical care for Scheetz's issues.

19) Right now, the Sick Call procedure consists of this: Scheetz submits a Sick Call slip, and a few weeks later it is reveiwed by a nurse, who decides if it warrants attention. This decision is made without any examination or review by staff qualified to diagnose medical conditions. This response is unreasonable and fails to provide Scheetz with adequate medical treatment.

20) In most cases, this review determines that care is NOT warranted, and then, by policy, the Sick Call slip does not go into the medical records and instead is simply discarded, even though the accurate

4 - 6

D. STATEMENT OF CLAIM(s)

### CLAIM TWO (CONT):

20) ... KEEPING OF MEDICAL RECORDS IS REQUIRED BY law AS PART OF MEDICAL CARE. WHEN Scheetz RAISES THIS ISSUE WITH THE STAFF HE IS TOLD THAT THERE IS NOTHING IN HIS RECORD TO SHOW HE HAS REQUESTED CARE, AND AT THE SAME TIME TOLD, BY THE VERY SAME STAFF, THAT, AS PER policy, THEY ARE NOT REQUIRED TO PRESERVE OR OTHERWISE MAINTAIN Sick Call REQUESTS. THIS CAN only BE INTENTIONAL ABUSE, AND CREATES AN UNCONSTITUTIONAL CONUNDRUM.

21) THIS UNREASONABLE Sick Call PROCEDURE AND RESPONSE SHOWS DELIBERATE INDIFFERENCE. Scheetz HAS BEEN SUFFERING IN PAIN FOR OVER THREE YEARS FROM THE CONDITION OUTLINED IN Item 16 ABOVE, AND THIS IS DUE TO THE DEFENDANT Federal Bureau of Prison FAILING TO PROVIDE Sick Call. Scheetz FEELS THAT HIS CONDITION HAS REACHED A CRISIS POINT; THAT IS, UNLESS HE RECEIVES THE PROPER MEDICAL TREATMENT SOON, NOT only will THE NERVE DAMAGE BECOME PERMANENT, BUT HE will lose HIS ABILITY TO Walk.

## E.   PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes _✓_ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):                    N / A

Docket number and court:                    N / A

Claims raised:                              N / A

Disposition: (is the case still pending?
has it been dismissed?; was relief granted?)   N / A

Reasons for dismissal, if dismissed:          N / A

Result on appeal, if appealed:                N / A


## F.   ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

_✓_ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

_✓_ Yes ___ No (*check one*)

5

## G.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

A) Appropriate and equitable relief including declaratory and injunctive remedies, B) Compensatory damages and non-pecuniary losses, emotional distress, suffering, humiliation, inconvenience, mental anguish, C) punitive damages, D) pain and suffering, mental anguish, emotional distress damages in the maximum amount allowed by law, E) attorney fees and costs, F) such further relief as justice requires or law allows.

## H.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

_____8MAY25_____
(Date)

(Form Revised December 2017)

6

# EXHIBIT A



**U.S. Department of Justice**
Federal Bureau of Prisons

*North Central Regional Office*

---

Office of the Regional Counsel

*400 State Avenue*
*Tower II, Suite 800*
*Kansas City, KS  66101*

December 19, 2024

Timothy Sheetz, Reg. No. 96438-071
United States Penitentiary ADMAX
P.O. Box 8500
Florence, CO  81226

RE:    Tort Claim TRT-NCR-2024-07660
       Amount Claimed:  $1,000,000.00

       Certified Mail Receipt No:      9589 0710 5270 1058 7174 80

Dear Claimant:

Your above referenced tort claim has been considered for administrative review pursuant to 28 C.F.R. § 0.172, <u>Authority: Federal Tort Claims</u> and 28 C.F.R. Part 14, <u>Administrative Claims under Federal Tort Claims Act</u>.  Investigation of your claim did not reveal that you suffered any personal injury as a result of the negligent acts or omissions of Bureau of Prisons employees acting within the scope of their employment.

As a result of this investigation, your claim is denied.  This memorandum serves as a notification of final denial under 28 C.F.R. § 14.9, <u>Final Denial of Claim</u>.  If you are dissatisfied with our agency's action, you may file suit in an appropriate U.S. District Court no later than 6 months after the date of mailing of this notification.

Sincerely,

Mary A. Noland
Regional Counsel